AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 08, 2022

SEAN F. McAVOY, CLERK

RALPH L.,

*Plaintiff*

)
)
)
v.                                                )    Civil Action No.   1:22-cv-3001-EFS
KILOLO KIJAKAZI, Acting             )
Commissioner of Social Security,     )

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Plaintiff's Motion for Summary Judgment (ECF No. 13) is GRANTED.
Commissioner's Motion for Summary Judgment (ECF No. 15) is DENIED.
Judgment is entered in favored of Plaintiff REVERSING and REMANDING the matter to Commissioner of Social
Security for further proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    EDWARD F. SHEA _____ on motions for
summary judgment.

Date:  12/08/2022 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Allison Yates _____
*(By) Deputy Clerk*

Allison Yates